UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09cr4263 JM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING THE UNITED |
| | ) | STATES' MOTION FOR A |
| JOHNNY PANTOJA-VALLEJO | ) | PRESENTENCE REPORT AND |
| | ) | CONTINUING SENTENCING HEARING |
| Defendants. | ) | DATE [Docket No. 22] |
| | ) | |

Upon the Motion of the United States (Docket No. 22) and for good cause shown, the United States' Motion that a Presentence Report be prepared is GRANTED. The United States Probation Office is directed to prepare a Presentence Report as to this Defendant.  The Sentencing Hearing in this matter is continued from March 19, 2010 to *June 4, 2010 at 9:00 a.m.* If the attorneys in this matter are ready to proceed with sentencing prior to that date, they may contact Judge Miller's Courtroom Deputy to advance the hearing date.

IT IS SO ORDERED.

DATED: March 8, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: U.S. Probation Office